12821

WAITS v. TOWN OF NINETY-SIX *ET AL.*

(151 S. E., 576)

354

*Mr. Chas. A. Young,* for appellant,

*Messrs. Park, McDonald & Todd,* for respondents,

January 30, 1930.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

For the reasons stated by his Honor, Judge Featherstone, in his decree, which will be reported, the judgment of the circuit Court is affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES COTHRAN, BLEASE, and CARTER concur.